**Order entered May 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01360-CV

**HIGH REV POWER, L.L.C., Appellant**

**V.**

**MASSIMO MOTOR SPORTS, LLC, ET AL., Appellees**

On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-12-07411-D

## ORDER

In a letter dated May 13, 2015, Coral Hough, Official Court Reporter for the County Court at Law No. 4, informed the Court that she is in the process of preparing the reporter's record but that the exhibits cannot be located. Accordingly, we **ORDER** the Honorable Ken Tapscott, Presiding Judge of the County Court at Law No. 4, to conduct a hearing **WITHIN THRITY DAYS** of the date of this order and make findings as to whether:

1.  the exhibits have been lost or destroyed without appellant's fault;

2.  the lost or destroyed exhibits are necessary to the appeal's resolution;

3.  the lost or destroyed exhibits can be replaced by agreement of the parties; and

4.    if the lost or destroyed exhibits cannot be replaced by agreement of the parties, they can be replaced with a copy determined by the trial court to accurately duplicate with reasonable certainty the original exhibits.

*See* TEX. R. APP. P. 34.6(f).

We **ORDER** John Warren, Dallas County Clerk, to file, **WITHIN FORTY-FIVE DAYS** of the date of this order, a supplemental clerk's record containing the trial court's findings of fact from the hearing.

We **ORDER** Coral Hough, to file, **WITHIN FORTY-FIVE** days of the date of this order, the reporter's record from the hearing.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Judge Tapscott, John Warren, Coral Hough, and counsel for all parties.

We **ABATE** this appeal to allow the trial court to conduct the hearing. The appeal will be reinstated in forty-five days or when the Court receives the requested supplemental clerk's record, whichever occurs sooner.

/s/    ELIZABETH LANG-MIERS
JUSTICE